NDT
Rev. 02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Clarita Molina**
10113 Caminito Jovial
San Diego, CA 92126
xxx–xx–2378
*Debtor Aliases: No Known Aliases*

Case number: 09–15078–LA13
Chapter: 13
Judge Louise DeCarl Adler

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

To the Creditors of the above–named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above–named **Debtor Only** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 10/22/09

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
10/22/09
\*\*\*\*\*\*\*\*\*\*

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: cbeckett           Page 1 of 1             Date Rcvd: Oct 22, 2009
Case: 09-15078                Form ID: ndt             Total Noticed: 10
```

The following entities were noticed by first class mail on Oct 24, 2009.
```
db           +Clarita Molina,   10113 Caminito Jovial,   San Diego, CA 92126-4101
tr           +David L. Skelton,   525 B St., Suite 1430,   San Diego, CA 92101-4432
12038821      AMERICAN INFOSOURCE LP AS AGENT FOR,   T MOBILE/T-MOBILE USA INC,   PO Box 248848,
               Oklahoma City, OK 73124-8848
12029065     +Bureau Of Collection REcovery LLC,   7575 Corporate Way,   Eden Prairie MN 55344-2000
12029067      US Bank,   P.O. Box 5227,   CN-OH-W15 Cincinati OH 45202-5227
12029068      US Bank Mortgage,   P.O. Box 5227,   Cincinati OH 45202-5227
```

The following entities were noticed by electronic transmission on Oct 22, 2009.
```
smg           EDI: CALTAX.COM Oct 22 2009 18:53:00      Franchise Tax Board,   Attn: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
12029066      EDI: PHINRJMA.COM Oct 22 2009 18:53:00      RJM Acquisitions Funding LLC,
               575 Underhill Blvd Suite 224,   Syosset , NY 11791-3416
12049872      EDI: RECOVERYCORP.COM Oct 22 2009 18:53:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12029064      E-mail/Text: bknotifications@sdccu.com                            San Diego County Credit Union,
               6545 Sequence Dr,   San Diego Ca 92121
                                                                                                 TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2009**                    Signature:    _Joseph Speetjens_